IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| HOKTE WORCESTER, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Case No. CIV-25-66-D |
| STATE OF OKLAHOMA., | ) ) ) | |
| Respondent. | ) | |

## **ORDER**

Before the Court is United States Magistrate Judge Amanda Maxfield Green's Report and Recommendation [Doc. No. 5] filed pursuant to 28 U.S.C. § 636(b)(1)(B)-(C). Judge Green recommends dismissing the action without prejudice because Petitioner failed to pay the filing fee or file an application to proceed in forma pauperis.

The case file shows no timely objection to the Report nor request for an extension of time, even though Petitioner was expressly informed of her right to object, the deadline for doing so, and the firm waiver rule. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991). Therefore, the Court finds that Petitioner has waived further review of all issues addressed in the Report. *See id.*; *see also United States v. 2121 East 30th Street*, 73 F.3d 1057, 1060 (10th Cir. 1996).

Further, as explained by Judge Green, the Court finds that the action should be dismissed for the failure to pay the filing fee or file an application to proceed in forma pauperis.

**IT IS THEREFORE ORDERED** that the Report and Recommendation [Doc. No. 5] is **ADOPTED** in its entirety. The action is **DISMISSED** without prejudice to refiling. A separate Judgment shall be entered accordingly.

**IT IS SO ORDERED** this 11th day of March 2025.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge